# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES JOHN FRANKHOUSE,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 74518

FILED

DEC 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from the final judgment...entered in this action on the 17th day of November, 2017." Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge; Kerry Louise Earley, Judge.

Our review of this appeal reveals jurisdictional defects. Specifically, no order, appealable or not, was entered on November 17, 2017. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-44261

cc:    Hon. Valorie J. Vega, District Judge
Hon. Kerry Louise Earley, District Judge
Charles John Frankhouse
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk